## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:         :  CASE: 06-63813-CRM

Vanessa Shanks,      :

          :  CHAPTER 13

          :

    Debtor(s).   :  JUDGE MULLINS

-------------------------------------------------------------------------------:

Midfirst Bank, Its     :

Successors and/or Assigns,  :

          :

   Movant,     :

          :

v.           :

          :

Vanessa Shanks, Debtor,   :

Clinton Shanks, Co-Debtor,  :

Robin Simon, Co-Debtor,   :

and Nancy J. Whaley, Trustee, :

          :

   Respondents.   :

### EMERGENCY MOTION FOR RELIEF FROM STAY

COMES Now Midfirst Bank, Its Successors and/or Assigns, (hereinafter 'MOVANT') and files this emergency motion for relief from the automatic stays of 11 U.S.C. Section 362(a) and 1301. Movant is a secured creditor of Debtor and Co-Debtor Clinton Shanks (Co-Debtor Robin Simon is the current record title holder), holding a security interest in real property commonly known as **1365 Pine Avenue, East Point GA 30344.** During the month immediately prior to the date of entry of this Order, as a result of Debtor's default under the security instruments, Movant had advertised the property as provided by Georgia law for anon-judicial foreclosure sale. Movant has just discovered that Debtor has filed a bankruptcy petition, which institutes the automatic stays of 11 U.S.C Section 362(a) and 1301. Movant asserts Debtor's case was filed in bad faith on

the grounds that Debtor's prior case 04-81443-CRM was dismissed with prejudice by Order entered on November 9, 2005 in which Debtor was ordered ineligible to re-file another Chapter 13 case for a period of one-hundred and eighty (180) days from the date of the November 9, 2005 Order. Debtor has previously filed three bankruptcy cases: Chapter 13 case #03-67760 filed on June 2, 2003 and dismissed on 7/16/2004; Chapter 13 case #04-81443 filed on December 27, 2004 and dismissed on 11/9/2005 with prejudice; case #04-92551-CRM filed on 7/6/2004 and dismissed on 10/7/2004 (same case reopened on 3/11/2005 by the U.S. Trustee's Motion to pursue an adversary action against a bankruptcy petition preparer.) In each case, Movant obtained stay relief. Moreover, each case filed has been filed to stop a pending foreclosure.

Movant seeks modification of the automatic stay of 11 U.S.C. Sections 362(a) and 1301 only to the extent necessary to permit Movant to cry out the foreclosure sale of Debtor's and Co-Debtors' real property as scheduled or, alternatively, for an Order that declares the instant case void *ab initio* so that there was never an imposition of the automatic stays under 11 U.S.C. Sections 362 and 1301. At approximately 10:48 a.m. on April 4, 2006, Movant's attorney notified Debtor's counsel via telephone message of its intention to file this Motion. Movant has no telephonic contact information for the Co-Debtors.

WHEREFORE, Movant prays:

(a)      That the automatic stays be modified to permit Movant to cry out the foreclosure sale of Debtor's and Co-Debtors' real property as scheduled, or alternately that declares the instant case void *ab*

*initio* so that there was never an imposition of the automatic stays under 11 U.S.C. Section 362 and 1301; and

(b)     For such other and further relief as this Court deems just and proper.

This the 4th day of April 2006.

_____
Sarah A. Wyeth, GA Bar #779413

Raymond S. Martin, P.C.
Suite 800, Bldg. 1
990 Hammond Drive
One Lakeside Commons
Atlanta GA 30328
770-392-0041

## CERTIFICATE OF SERVICE

**On the date below, I certify under penalty of perjury that I forwarded the foregoing motion to the parties listed below by U.S. Mail with sufficient first class postage affixed and that a copy of the motion was faxed to Debtor's counsel of record via facsimile 404-508-4553.**

Vanessa Shanks
1365 Pine Avenue
East Point GA 30344

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta GA 30303

Robin Simon
1365 Pine Avenue
East point GA 30344

Clinton Shanks
1365 Pine Avenue
East Point GA 30344

Law Office of C.E. Taylor
Charles E. Taylor
4286 Memorial Drive
Suite D
Decatur GA 30032

This the 4th day of April 2006.

_____
Sarah A. Wyeth, GA Bar #779413
Rymond S. Martin P.C.
Suite 800, One Lakeside Commons
990 Hammond Drive
Atlanta GA 30328
770-392-0041
swyeth@rsmpc-law.com