ENTERED ON DOCKET

APR - 4 2006

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 06-63813-CRM |
| VANESSA SHANKS | CHAPTER 13 |
| Debtor. | JUDGE MULLINS |

## ORDER OF DISMISSAL
## PURSUANT TO VIOLATION OF 11 U.S.C. SECTION 109(g)

**THIS MATTER** is before the Court *sua sponte*. On April 4, 2006, the Debtor filed the above-styled case under Chapter 13 of the Bankruptcy Code. The Debtor previously filed a Chapter 13 case (Case No. 04-81443) wherein the Court entered an order dated November 9, 2005 dismissing the case pursuant to section 109(g) of the Bankruptcy Code. (See Doc. 24). Accordingly, the Debtor is barred from filing this case.

**IT THEREFORE IS ORDERED** that this case be and is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Debtor is ineligible to file another Chapter 13 petition for a period of one hundred eighty (180) days from the entry date of this Order.

The Clerk's Office is directed to serve a copy of this Order upon the Debtor, Debtor's Counsel, the Chapter 13 Trustee, the United States Trustee, and all other parties in interest.

**IT IS SO ORDERED**, this ___4th___ day of April, 2006.

_____
C. RAY MULLINS
UNITED STATES BANKRUPTCY JUDGE