ENTERED ON DOCKET

APR - 4 2006

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 06-63813-CRM |
| VANESSA SHANKS | CHAPTER 13 |
| Debtor. | JUDGE MULLINS |

## ORDER OF DISMISSAL
## PURSUANT TO VIOLATION OF 11 U.S.C. SECTION 109(g)

**THIS MATTER** is before the Court *sua sponte*. On April 4, 2006, the Debtor filed the above-styled case under Chapter 13 of the Bankruptcy Code. The Debtor previously filed a Chapter 13 case (Case No. 04-81443) wherein the Court entered an order dated November 9, 2005 dismissing the case pursuant to section 109(g) of the Bankruptcy Code. (See Doc. 24). Accordingly, the Debtor is barred from filing this case.

**IT THEREFORE IS ORDERED** that this case be and is hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that the Debtor is ineligible to file another Chapter 13 petition for a period of one hundred eighty (180) days from the entry date of this Order.

The Clerk's Office is directed to serve a copy of this Order upon the Debtor, Debtor's Counsel, the Chapter 13 Trustee, the United States Trustee, and all other parties in interest.

**IT IS SO ORDERED**, this ___4th___ day of April, 2006.

C. Ray Mullins

C. RAY MULLINS
UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113E-9          User: rodriguez          Page 1 of 1                Date Rcvd: Apr 04, 2006
Case: 06-63813               Form ID: pdf517          Total Served: 4
```

```
The following entities were served by first class mail on Apr 06, 2006.
db         +Vanessa Shanks,   1365 Pine Avenue,   East Point, GA 30344-3557
aty        +Charles E. Taylor,   Law Office of C.E. Taylor,   Suite D,   4286 Memorial Drive,
            Decatur, GA 30032-1221
aty        +Sarah A. Wyeth,   Campbell,Martin & Manley, LLP,   Suite 800,   990 Hammond Drive,
            Atlanta, GA 30328-5510
cr         +Midfirst Bank, Its Successors and/or Assigns,   Raymond S. Martin, P.C.,   990 Hammond Drive,
            Bldg. 1, Suite 800,   Atlanta, GA 30328-5529
```

```
The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2006**                    **Signature:** _Joseph Speetjens_