IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:

VANESSA SHANKS

1365 PINE AVENUE

EAST POINT, GA  30344

SSN (1):  XXX-XX-8992

Chapter 13

Case No.: A06-63813-CRM

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy J. Whaley, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares under penalty of perjury as follows:

 The case was filed on April 04, 2006.

 The plan has not been confirmed.

 The case was DISMISSED PRIOR TO CONFIRMATION (W/PREJ) on January 01, 1900.

 Number of months from filing to last payment: No Payments Made

 Number of months case was pending: (1275)

 Dividend to unsecured creditors:  0.00%

**RECEIPTS**:

Total paid by or on behalf of the debtor(s):  $0.00

**EXPENSES OF ADMINISTRATION DISBURSED BY TRUSTEE:**

**ATTORNEY FEE:**

LAW OFFICE OF C.E. TAYLOR

Fees paid by debtor:  $0.00

Fees paid through plan:  $0.00

Total Attorney's Fees:  $0.00

**FILING FEE:**

CLERK OF COURT OF FILING FEES

Amount Paid:  $0.00

**TRUSTEE FEE:**

Amount Paid:  $0.00

**DISBURSEMENTS TO CREDITORS:**

**UNSECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | U | $0.00 | $1,844.74 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIA | U | $0.00 | $3,538.99 | $0.00 | $0.00 | $0.00 |
| UNSECURED TOTALS: | | $0.00 | $5,383.73 | $0.00 | $0.00 | **$0.00** |

| SUMMARY OF DISBURSEMENTS TO CREDITORS: | TOTALS |
|---|---|
| **UNSECURED** | **$0.00** |
| **TRUSTEE FEE** | **$0.00** |
| **ATTORNEY FEE** | **$0.00** |
| **FILING FEE** | **$0.00** |
| **TOTAL DISBURSEMENTS** | **$0.00** |
| **TOTAL RECEIPTS** | **$0.00** |

The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.

Dated:  January 22, 2007

/s/ _____

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

**CERTIFICATE OF SERVICE**

Case No:  A06-63813-CRM

This is to certify that I have this day served:

LAW OFFICE OF C.E. TAYLOR,   ATTORNEY

4286 MEMORIAL DRIVE, SUITE D

DECATUR, GA  30032

VANESSA SHANKS

1365 PINE AVENUE

EAST POINT, GA  30344

In the foregoing matter with a copy of the Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

Dated:  January 22, 2007

/s/_____

Nancy J. Whaley

Standing Chapter 13 Trustee

State Bar No. 377941

303 Peachtree Center Avenue, NE

Suite 120

Atlanta, GA 30303

678-992-1201